No. 4. Charles Maibaum, Appellant, *v.* The United States. Appeal from the District Court of the United States for the Northern District of Illinois. Submitted

January 13, 1914. Decided January 19, 1914. *Per Curiam.* Decree affirmed on the authority of *Johannessen* v. *United States,* 225 U. S. 227, and *Luria* v. *United States,* 231 U. S. 9. *Mr. Elijah N. Zoline* and *Mr. James Hamilton Lewis* for the appellant. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the appellee.